[No. 40982-8-II. Division Two. April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SUNDI MARIE GUNTLY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00127-1, Roger A. Bennett, J., entered July 1, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Van Deren, JJ.

[No. 28667-3-III. Division Three. April 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE LOCKIE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00316-9, Robert G. Swisher, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28966-4-III. Division Three. April 26, 2011.]

FRANKLIN R. SIMPSON, *Appellant*, v. OKANOGAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ferry County, No. 09-2-00058-5, Rebecca M. Baker, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[Nos. 41306-0-II; 41313-2-II; Division Two. April 29, 2011.] 41316-7-II.

*In the Matter of the Welfare of* T.B. ET AL.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-7-00192-1, Theodore F. Spearman, J., entered September 17, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.